**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1751**

_____

In re: JERRELL S. CASEY, a/k/a Jerrell Casey, a/k/a Rell,

           Petitioner.

_____

On Petition for Writ of Mandamus.
(3:10-cv-00588-JRS)
(3:09-cr-00282-JRS-1)

_____

Submitted: August 23, 2011      Decided: September 12, 2011

_____

Before DAVIS and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jerrell S. Casey, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrell S. Casey petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2006) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied relief on the motion. Accordingly, because the district court has recently decided Casey's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED